UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:94-CR-21-BO-2
4:16-CV-153-BO

LENWOOD WEBSTER DAVIS, aka
TONY LEE MILLER,

    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent

ORDER

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any brief on or before June 19, 2017. Respondent may file a response to Petitioner's memorandum on or before July 19, 2017. Any further response by Petitioner must be filed on or before July 29, 2017.

This 20 day of June, 2017.

TERRENCE W. BOYLE
United States District Judge